# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

LANCE FREUND

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER: 07-mj-07001

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 13 | | | |
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 11/12/06 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

1/3/2007
Date of Imposition of Judgment

s/O. Edward Schlatter
Signature of Judicial Officer

O. Edward Schlatter
U.S. Magistrate Judge
Name & Title of Judicial Officer

1/5/2007
Date

## PROBATION

The defendant shall serve six months unsupervised probation. As conditions of probation defendant shall complete Level I Drug/Alcohol Awareness and shall perform 48 hours of community service. Defendant shall bear the expense of these programs and shall provide proof of completion to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $300.00 | |
| **TOTALS** | $10.00 | $300.00 | $0.00 |

Fine and costs shall be paid within thirty days.